IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

EDWARD BASS,                    )
                               )
              Plaintiff,       )        8:06CV621
                               )
         v.                    )
                               )
MERCK & CO., INC.,             )            ORDER
                               )
              Defendant.       )
_____)


        This matter is before the Court on the unopposed motion
to stay all proceedings pending transfer decision by the Judicial
Panel on Multidistrict Litigation (Filing No. 6).  The Court
finds said motion should be granted.  Accordingly,

        IT IS ORDERED that defendant's motion to stay is
granted.  This action is stayed pending transfer by the Panel on
Multidistrict Litigation.

        DATED this 30th day of October, 2006.

                         BY THE COURT:

                         /s/ Lyle E. Strom
                         _____
                           LYLE E. STROM, Senior Judge
                           United States District Court